UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA CARVAN
15584 NORTHGATE DRIVE
DUMFRIES, VA 22026

v.                                                              CIVIL ACTION NO.

588 CORPORATION/
INTERNATIONAL HOUSE OF PANCAKES
13718 SMOKETOWN ROAD
WOODBRIDGE, VA 22192

COMPLAINT

JURISDICTION

1. This court has jurisdiction, because this action arises under Title VII of the Civil Rights Act of 1964 , 42 U.S.C. §§ 2000e et seq., which prohibits discrimination in hiring, pay, promotion, termination, compensation, and other terms and conditions of employment because of race, color, sex (including pregnancy, national origin, or religion.  The EEOC Washington Field Office issued the Plaintiff 90 NOTICE OF SUIT RIGHTS letter on May 27, 2005.

2. This is the proper venue, because this action arises under Title VII of the Civil Rights Act of 1964 , 42 U.S.C. §§ 2000e et seq., which prohibits discrimination in hiring, pay, promotion, termination, compensation, and other terms and conditions of employment because of race, color, sex (including pregnancy, national origin, or religion.  The EEOC Washington Field Office issued the Plaintiff 90 NOTICE OF SUIT RIGHTS letter on May 27, 2005.

NATURE OF ACTION

3. On Monday, November 24th, 2003, Plaintiff, Rev. Gloria Carvan, a black female, a member of a

protected class, a waitress of Internal House of Pancakes / 588 Corporation, arrived at 5:30 am to work at the International House of Pancakes (IHOP).  A member of the management team, Donnie arrives shortly after Plaintiff, as Plaintiff was sitting up.  Donnie calls Plaintiff into the office to inform Plaintiff that co-worker, Sabeen's parents had called, and there was a problem from November 18th, 2003, and Donnie had to send home the Plaintiff until Donnie spoke with Steve, a member of the management team, because the matter was out of hand, since Steve was not in the unit on the day the argument happened.   Plaintiff began to explain what had taken place on November 18th, 2003, and that Sabeen had pushed Plaintiff twice. Then to Plaintiff's surprise, Donnie stated to Plaintiff it did not matter if Sabeen pushed Plaintiff to the ground and stomped Plaintiff.  According to Donnie, Plaintiff had no right to say anything or to do anything to her. On November 25th, 2003, Plaintiff was terminated, while Sabeen,  the other party in the argument was not terminated. She moved to another location, but was not terminated.  In addition, Plaintiff had several years of experience when she applied for supervisor waiter position, but was never interviewed nor offered the position.  The Defendant denied the Plaintiff equal treatment in promotion and termination of employment.

RELIEF

4. The action arises under Title VII of the Civil Rights Act of 1964 , 42 U.S.C. §§ 2000e et seq., which prohibits discrimination in hiring, pay, promotion, termination, compensation, and other terms and conditions of employment because of race, color, sex (including pregnancy, national origin, or religion. The plaintiff is seeking job restoration, job promotion to waiter supervisor and at least $50,000.00 depending on how many persons the 588 Corporation employes.

Howard C. Boyd
1220 L St. NW # 100-482
Washington, DC 20005

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

GLORIA CARVAN
15584 NORTHGATE DRIVE
DUMFRIES, VA 22026

**APPEARANCE**

v.

CIVIL ACTION NO.

588 CORPORATION/
INTERNATIONAL HOUSE OF PANCAKES
13718 SMOKETOWN ROAD
WOODBRIDGE, VA 22192

To the Clerk of this court and all parties of record:

Please enter the appearance of Howard C. Boyd as counsel in this case for Plaintiff GLORIA CARVAN.

Date: _____        Signature:_____

Bar Identification: 482288 ___        Print Name:_____

                                                  Address: 1220 L St., NW, #100-482
                                                          Washington, DC 20005
                                                    Phone: (202) 257-4590

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GLORIA CARVAN
15584 NORTHGATE DRIVE
DUMFRIES, VA 22026

**SUMMONS**

v.                                    CIVIL ACTION NO.

588 CORPORATION/
INTERNATIONAL HOUSE OF PANCAKES
13718 SMOKETOWN ROAD
WOODBRIDGE, VA 22192


TO: WILLIAM H. WILHELM, , REGISTERED AGENT
    4494 DEN HAAG ROAD
    WARRENTON, VA 20187

YO ARE HEREBY SUMMONED and required to serve on Howard Boyd, Esq., 1220 L St., NW # 100-482, Washington, DC 20005, an answer to the complaint which is served on you with this summons, within _____ after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_____    _____
CLERK                                   DATE

_____
(by) DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

GLORIA CARVAN
15584 NORTHGATE DRIVE
DUMFRIES, VA 22026

v.                                                            CIVIL ACTION NO.
                                                              _____

588 CORPORATION/
INTERNATIONAL HOUSE OF PANCAKES
13718 SMOKETOWN ROAD
WOODBRIDGE, VA 22192

AFFIDAVIT OF SERVICE

I, _____, hereby declare that on the _____ of

_____, 20____, I mailed a copy of the summons and complaint, certified mail return receipt

requested, to _____. Attached

hereto is the green card acknowledging service.




_____
Howard C. Boyd, Esq.
1220 L St., NW #100-482
Washington, DC 20005
D.C. Bar # 482288