UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLORIA CARVAN,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**588 CORPORATION and INTERNATIONAL HOUSE OF PANCAKES,**<br><br>   **Defendants.** | Civil Action No.  05-1682 (JDB) |

## ORDER DIRECTING COMPLETION OF SERVICE OF PROCESS

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time.  Over 120 days have passed since the filing of the complaint in this case, and it does not appear from the record that defendants have been served.  Accordingly, it is hereby

**ORDERED** that on or before January 6, 2006, plaintiff must either (1) file with the Court proof that defendants 588 Corporation and International House of Pancakes have been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed.  If plaintiff fails to comply with this Order, or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice as to both defendants.

                                              /s/
                                        JOHN D. BATES
                                   United States District Judge

Dated:   December 23, 2005

Copies:

Howard Calvin Boyd
1220 L St., NW
Suite 100-482
Washington, DC 20005
email:  clarence1919@msn.com

   *Plaintiff's counsel*