UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GLORIA CARVAN,<br><br>  Plaintiff,<br><br>  v.<br><br>588 CORPORATION and INTERNATIONAL HOUSE OF PANCAKES,<br><br>  Defendants. | Civil Action No. 05-1682 (JDB) |

## ORDER

Plaintiff has not completed service on defendants of the complaint in this action, which was filed on August 24, 2005. By Order issued on December 23, 2005, pursuant to Fed. R. Civ. P. 4(m), this Court required plaintiff, on or before January 6, 2006 to either (1) file with the Court proof that the defendants named in this case have been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. Plaintiff has not filed proof that any defendants in this case have been served, nor has plaintiff provided the Court with a written explanation as to why service of process has not been completed. Accordingly, it is hereby ORDERED that plaintiff's complaint shall be DISMISSED without prejudice and this case shall be CLOSED.

                   /s/
                 JOHN D. BATES
               United States District Judge

Dated: January 17, 2006

Copies:

Howard Calvin Boyd
1220 L St., NW
Suite 100-482
Washington, DC 20005
email:  clarence1919@msn.com

    *Plaintiff's counsel*

-2-